■ Louis J. Posner, Appellant, v New York Law Publishing Co., Doing Business as the New York Law Journal, et al., Respondents. [644 NYS2d 227]

The motion court correctly held that the article published in defendant newspaper was a substantially accurate report of the decision it published on the case of *Matter of Posner (Central Synagogue)* (NYLJ, Oct. 28, 1993, at 28, col 6, *affd* 202 AD2d 284, *lv dismissed* 83 NY2d 953), and therefore privileged under Civil Rights Law § 74 (*Holy Spirit Assn. v New York Times Co.,* 49 NY2d 63, 67). The minor inaccuracies in the article cited by plaintiff do not make it otherwise (*see, supra,* at 68; *Gurda v Orange County Publs. Div.,* 56 NY2d 705, *revg on opn below* 81 AD2d 120, 133; *Ford v Levinson,* 90 AD2d 464). Nor was the cartoon that accompanied the article anything other than commentary, albeit hyperbolic, on a subject of public controversy, and, as such, constitutionally protected opinion (*see, DRT Constr. Co. v Lenkei,* 176 AD2d 1229, 1230, *lv denied* 79 NY2d 753; *Velez v VV Publ. Corp.,* 135 AD2d 47, 52, *lv denied* 72 NY2d 808). The complaint was utterly without merit, and costs were properly assessed by the motion court. Concur— Murphy, P. J., Milonas, Wallach, Ross and Nardelli, JJ.